192 So. 914

**Raymond HORN v. CITY OF TUSCALOOSA.**

**6 Div. 584.**

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 914

**Raymond HORN v. CITY OF TUSCALOOSA.**

**6 Div. 590.**

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 914

**Horace Grady HORTON et al. v. W. T. RAWLEIGH CO.**

**6 Div. 516.**

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

199 So. 911

**Richard HOUSTON v. STATE.**

**2 Div. 690.**

Court of Appeals of Alabama.

Nov. 26, 1940.

L. R. Wilson, of Demopolis, for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

198 So. 876

**James HOWARD v. STATE.**

**6 Div. 670.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Henry H. Mize, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

198 So. 876

**Neal HOWELL v. STATE.**

**6 Div. 685.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.